UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTON PURISIMA<br><br>                    Plaintiff,<br><br>        -against-<br><br>ENCORE COMMUNITY SERVICES, ET AL,<br><br>                    Defendants. | 23-CV-7727 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 31, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 31, 2023
            New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge